RICHARD S. HARTUNIAN
United States Attorney
Northern District of New York

Thomas Gray
Special Assistant U.S. Attorney
c/o Social Security Administration
Office of the General Counsel
26 Federal Plaza, Room 3904
New York, NY  10278
(212) 264-2331
Fax: (212) 264-6372
thomas.gray@ssa.gov
Bar No. 515848

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x

| | | |
|---|---|---|
| GLENN JACKSON, | : | **Hon. Lawrence E. Kahn, S.J.** |
| | : | **Hon. David E. Peebles, M.J.** |
| Plaintiff, | : | |
| | : | **Civil Action No. 11-cv-01498** |
| | : | |
| | : | |
| COMMISSIONER OF | : | |
| SOCIAL SECURITY, | : | **CONSENT ORDER FOR PAYMENT** |
| | : | **OF ATTORNEY FEES UNDER EAJA** |
| | : | |
| Defendant. | : | |

------------------------------------------------------- x

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the Plaintiff,

GLENN JACKSON, and counsel for the Defendant, the COMMISSIONER OF SOCIAL

SECURITY, that Plaintiff is awarded $2,786.40 (Two Thousand Seven Hundred and Eighty-Six

Dollars and Fourty Cents) in attorney fees, and $15.00 (Fifteen Dollars) in costs, in full

satisfaction of any claim for fees, costs, and other expenses pursuant to the Equal Access to

*Jackson, 11-cv-01498 (LEK/DEP) EAJA Fees*

Justice Act, 28 U.S.C. § 2412.  As Plaintiff agrees to assign the fees to counsel, the attorney fees

and costs may be paid to Plaintiff's Counsel provided that Plaintiff owes no debt to the Federal

Government that is subject to offset.


Dated: Syracuse, New York
  July 25 , 2012

            Howard D. Olinsky
            Attorney for Plaintiff
            Olinsky Law Group
            300 S. State St., Ste. 420
            (315) 701-5780
            Holinsky@oswegolaw.com

By:   _____
      HOWARD D. OLINSKY


Dated: New York, New York
  July 16, 2012

            RICHARD S. HARTUNIAN
            United States Attorney
            Northern District of New York
            Attorney for Defendant


By:   s/ Thomas Gray_____
      THOMAS GRAY
      Assistant United States Attorney
      (212) 264-2331
      thomas.gray@ssa.gov


IT IS SO ORDERED:

_____
David E. Peebles
U.S. Magistrate Judge

**Dated:** July 27, 2012_____