RICHARD S. HARTUNIAN
United States Attorney
Northern District of New York

Thomas Gray
Special Assistant U.S. Attorney
c/o Social Security Administration
Office of the General Counsel
26 Federal Plaza, Room 3904
New York, NY  10278
(212) 264-2331
Fax: (212) 264-6372
thomas.gray@ssa.gov
Bar No. 515848

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------ x
GLENN JACKSON,                                :         Hon. Lawrence E. Kahn, S.J.
                                              :         Hon. David E. Peebles, M.J.
           Plaintiff,                         :
                                              :         Civil Action No. 11-cv-01498
                                              :
                                              :
COMMISSIONER OF                               :
SOCIAL SECURITY,                              :         **CONSENT ORDER FOR PAYMENT**
                                              :         **OF ATTORNEY FEES UNDER EAJA**
                                              :
           Defendant.                         :
------------------------------------------------------ x

    IT IS HEREBY STIPULATED AND AGREED by and between counsel for the Plaintiff,

GLENN JACKSON, and counsel for the Defendant, the COMMISSIONER OF SOCIAL

SECURITY, that Plaintiff is awarded $2,786.40 (Two Thousand Seven Hundred and Eighty-Six

Dollars and Fourty Cents) in attorney fees, and $15.00 (Fifteen Dollars) in costs, in full

satisfaction of any claim for fees, costs, and other expenses pursuant to the Equal Access to

*Jackson, 11-cv-01498 (LEK/DEP) EAJA Fees*

Justice Act, 28 U.S.C. § 2412.  As Plaintiff agrees to assign the fees to counsel, the attorney fees and costs may be paid to Plaintiff's Counsel provided that Plaintiff owes no debt to the Federal Government that is subject to offset.

Dated: Syracuse, New York
      July 25, 2012

By: /s/ Howard D. Olinsky
HOWARD D. OLINSKY
Attorney for Plaintiff
Olinsky Law Group
300 S. State St., Ste. 420
(315) 701-5780
Holinsky@oswegolaw.com

Dated: New York, New York
      July 16, 2012

RICHARD S. HARTUNIAN
United States Attorney
Northern District of New York
Attorney for Defendant

By: s/ Thomas Gray
THOMAS GRAY
Assistant United States Attorney
(212) 264-2331
thomas.gray@ssa.gov

IT IS SO ORDERED:

David E. Peebles
U.S. Magistrate Judge

Dated: July 27, 2012